IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISON

| | |
|---|---|
| SHAGARIAN JONES, )<br>)<br>            Plaintiff, )<br>v.          )<br>           )<br>           ) Case No: 6:22-cv-176<br>           )<br>EXPERIAN INFORMATION )<br>SOLUTIONS, INC. )<br>           )<br>           )<br>       Defendant. )| |

## NOTICE OF SETTLEMENT

COMES NOW, Plaintiff Shagarian Jones, by and through the undersigned counsel, and gives notice to the court that a settlement has been reached between the Plaintiff and Defendant Experian Information Solutions, Inc. in this matter.

1.  Plaintiff and Defendant Experian Information Solutions, Inc. have settled all matters in controversy in principle and are in the process of finalizing their settlement of this matter.

2.  The parties expect to file a notice of dismissal with prejudice within the next 60 days as part of that settlement.

3.  The parties request a stay of 60 days to allow the parties time in which to finalize the settlement agreement, procure all necessary signatures, and allow the parties adequate time to fulfill the terms of the settlement agreement in their entirety.

WHEREFORE the Plaintiff respectfully requests that the Court vacate all outstanding case deadlines and court dates and allow the parties 60 days in which to file a notice of dismissal as to Defendant Experian Information Solutions, Inc., along with any other relief the Court deems just and proper.

Dated: July 20, 2022

        Respectfully Submitted,

        **HALVORSEN KLOTE**

By:     /s/ Joel S. Halvorsen

        Joel S. Halvorsen, #67032
        680 Craig Road, Suite 104
        St. Louis, MO  63141
        P: (314) 451-1314
        F: (314) 787-4323
        joel@hklawstl.com
        *Attorneys for Plaintiff*